JACOB STICKER, Appellant, *v.* SERIL REALTY CORPORATION, Respondent.

(Argued June 2, 1931; decided June 16, 1931.)

*Jay Leo Rothschild, Bernard Breitbart* and *Louis Rivkin* for appellant.

*Harold M. Phillips* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the authority of *Altz* v. *Leiberson* (233 N. Y. 16); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.